IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | | ) |
| | Plaintiff | ) |
| | | ) |
| vs | | ) Criminal No. 00-134 |
| | | ) |
| Mary Ann Brewer | | ) |
| | Defendant | ) |

<u>ORDER OF COURT</u>

AND NOW, to wit, this __26th__ day of __JUNE__, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending and upon agreement of counsel, IT IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court be destroyed by the Clerk:

Document:       Psychological Report of Mary Ann Brewer by Dr. Michael Moran

_____
Gary L. Lancaster
U.S. District Judge